UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| T.B., b/n/f JENNY BELL, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 4:21-cv-00729-BP |
| NORTHWEST INDEPENDENT SCHOOL DISTRICT, MARY SELTZER, and LAURA ADAMS, | § § § § § | |
| Defendants. | § § | |

## SECOND JOINT STATUS REPORT REGARDING MEDIATION

Plaintiffs Jenny Bell, as next friend of T.B., a Minor (Plaintiffs), and Defendant Northwest Independent School District (Defendant) (collectively the Parties) file this Second Joint Status Report regarding Mediation and, in support therefore, would respectfully show the Court as follows:

1. On July 18, 2022, the Parties mediated this matter with Beth Krugler. The Parties were able to successfully resolve their differences and reach a proposed settlement.

2. Defendant's Board of Trustees approved the proposed settlement on August 8, 2022.

3. The Parties provide the Court with suggested Guardian Ad Litems on August 8, 2022. Pending the appointment of the Guardian Ad Litem, the Parties will move towards finalizing the necessary documents to seek approval of the settlement from the Court.

Respectfully submitted,


By: /s/ Martin J. Cirkiel
 Martin J. Cirkiel
 State Bar No. 00783829

CIRKIEL LAW GROUP P.C.
1901 E. Palm Valley Blvd.
Round Rock, Texas 78664
512.244.6658
512.244.6014 (facsimile)
marty@cirkielaw.com

ATTORNEY FOR PLAINTIFF


By: /s/Meredith Prykryl Walker
 Meredith Prykryl Walker
 State Bar No. 24056487

WALSH GALLEGOS TREVIÑO
KYLE & ROBINSON P.C.
105 Decker Court, Suite 700
Irving, Texas 75062
214.574.8800
214.574.8801 (facsimile)
mwalker@wabsa.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

On August 10, 2022, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

Martin J. Cirkiel
Cirkiel & Associates, P.C.
1901 E. Palm Valley Blvd.
Round Rock, Texas 78664

/s/Meredith Prykryl Walker
Meredith Prykryl Walker